UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **M.D.,** | **Case No.** |
| **Petitioner,** | **4:26-cv-00570-CDL-AGH** |
| **v.** | **28 U.S.C. § 2241** |
| **WARDEN, STEWART DETENTION CENTER**, *et al.*, | **PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **Respondents.** | |

## ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before the Court on Petitioner's Motion for Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Court having considered the Motion and the record in this case, and good cause appearing:

IT IS HEREBY ORDERED that Petitioner's Motion for Voluntary Dismissal Without Prejudice is GRANTED.

IT IS FURTHER ORDERED that the above-captioned Petition for Writ of Habeas Corpus, Case No. 4:26-cv-570-CDL-AGH, is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorneys' fees.

The Clerk of Court is directed to close this case.

SO ORDERED, this 2nd day of July, 2026.

__S/Clay D. Land
THE HONORABLE CLAY D. LAND
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA