IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MARCHEL DUONG,                          *

          Petitioner,              *

v.                                                      Case No. 4:26-cv-570-CDL-AGH

                                      *

WARDEN, STEWART DETENTION
CENTER, *et al.,*                        *

          Respondents.             *

_____

## J U D G M E N T

Pursuant to this Court's Order dated July 2, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

    This 2nd day of July, 2026.

                                  David W. Bunt, Clerk

                                  s/ Elizabeth S. Long, Deputy Clerk